IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| Michael K. Gregory, | ) |
| Plaintiff, | ) |
| | ) No. 3:18-cv-00444-PPS-MGG |
| v. | ) |
| K. Zimmerman et al., | ) Judge Philip P. Simon |
| Defendants, | ) Magistrate Judge Michael G. Gotsch, Sr. |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Northern District of Indiana Local Rule 83-8, Charles W. Carlin, one of the attorneys for Plaintiff Michael K. Gregory, hereby moves this Court for leave to withdraw as counsel for Mr. Gregory. Mr. Gregory will continue to be represented by Jenner & Block LLP. In support of this motion, Mr. Carlin states as follows:

1. On January 24, 2020, Mr. Carlin of Jenner & Block LLP entered a Motion for Admission to Practice Pro Hac Vice on behalf of Mr. Gregory, in the above captioned case.

2. After April 16, 2021, Mr. Carlin will no longer be affiliated with Jenner & Block LLP.

3. Mr. Gregory will continue to be represented by the undersigned counsel of record from Jenner & Block LLP.

4. Mr. Carlin's withdrawal as counsel will not have an adverse effect on Mr. Gregory, nor will it delay any of the proceedings.

5. Mr. Gregory has consented to Mr. Carlin's withdrawal.

2

**WHEREFORE**, Mr. Carlin respectfully requests leave to withdraw as counsel for Plaintiff Michael K. Gregory.

Dated: April 13, 2021

Respectfully Submitted,

 /s/ Keri Holleb Hotaling

Keri Holleb Hotaling
Alisa Finelli *(pro hac vice)*
Charles Carlin *(pro hac vice)*
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 923-2631
Fax: (312) 527-0484

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 13, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                   */s/ Keri Holleb Hotaling*  
                                                   Keri Holleb Hotaling