UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| MICHAEL K. GREGORY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 3:18CV444-PPS/MGG |
| | ) | |
| LT. K. ZIMMERMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In view of the reported settlement of all remaining claims in this matter [DE 203], the telephonic status conference previously set for January 20, 2023 is CANCELLED, and the pending Motion to Strike Expert Report and Exclude Expert Witness Hurley [DE 178] is DENIED WITHOUT PREJUDICE.

Per Judge Gotsch's order of this date, no later than February 5, 2023, the parties shall file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a motion for the entry of a consent judgment.

**SO ORDERED** this 21st day of December, 2022.

/s/ Philip P. Simon
**UNITED STATES DISTRICT JUDGE**